**FILED**

Aug 26 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:24-cr-00412 WBS |
| Plaintiff, | |
| v. | ORDER |
| ELIJAH DOMINGUEZ, | |
| Defendant. | |

----oo0oo----

Defendant, acting pro se, has filed certain documents with the court. (Docket Nos. 14, 15, 16.) However, defendant is currently represented by counsel. Defendant's pro se filings are accordingly hereby REFERRED to his counsel of record, Christina Sinha, for such action, if any, as may be deemed appropriate.

IT IS SO ORDERED.

Dated: August 26, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1