**FILED**

Sep 10 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELIJAH DOMINGUEZ,<br><br>　　　　Defendant. | No. 4:24-cr-00412 WBS<br><br><br><br>ORDER |

----oo0oo----

Defendant, who is currently represented by counsel, previously filed certain documents pro se, which the court referred to his counsel for such action, if any, as may be deemed appropriate. (See Docket Nos. 14, 15, 16, 17.)

Defendant, once again acting pro se, has filed three more documents with the court. (Docket Nos. 18, 19, 20.) These new filings are also hereby REFERRED to defendant's counsel of record, Christine Sinha, for such action, if any, as may be deemed appropriate.

IT IS SO ORDERED.

Dated: September 10, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE