1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division

4  SAILAJA M. PAIDIPATY (NYBN 5160007)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
       sailaja.paidipaty@usdoj.gov

8  Attorneys for United States of America

FILED

Sep 30 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 24-0412 WBS |
|---|---|
| Plaintiff, | ) STIPULATION TO EXCLUDE TIME FROM SEPTEMBER 25, 2024, THROUGH NOVEMBER 8, 2024 AND ORDER |
| v. | |
| ELIJAH DOMINGUEZ, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Elijah Dominguez, that time be excluded under the Speedy Trial Act from September 25, 2024, through November 8, 2024.

At the status conference held on September 25, 2024, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act for several reasons. First, the government noted that, in addition to discovery already produced, it anticipates producing electronic discovery, which defense counsel will need time to review. Second, the Court ordered that the defendant undergo a mental competency evaluation under 18 U.S.C. § 4241. Third, the defendant refused transport for the hearing and was therefore unavailable. For these reasons, and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until November

8, 2024, will allow for the effective preparation of counsel and the completion of a mental health evaluation. *See* 18 U.S.C. §§ 3161(h)(1)(A), (7)(B)(iv). The parties also agree that time is excluded due to the unavailability of the defendant. *See* 18 U.S.C. §§ 3161(h)(3)(A). The parties further stipulate and agree that the ends of justice served by excluding the time from September 25, 2024, through November 8, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: September 26, 2024

/s/
SAILAJA M. PAIDIPATY
Assistant United States Attorney

DATED: September 26, 2024

/s/
CHRISTINA SINHA
Counsel for Defendant ELIJAH DOMINGUEZ

### ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on September 25, 2024, and for good cause shown, the Court finds that failing to exclude the time from September 25, 2024, through November 8, 2024 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and would not allow sufficient time for a mental health evaluation as otherwise ordered by the Court during the hearing on September 25, 2024. *See* 18 U.S.C. §§ 3161(h)(1)(A), (7)(B)(iv). Time is also excluded based on the defendant's unavailability as established on the record during the hearing. *See* 18 U.S.C. § 3161(h)(3)(A).

The Court further finds that the ends of justice served by excluding the time from September 25, 2024, to November 8, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from

1  September 25, 2024, through November 8, 2024, shall be excluded from computation under the Speedy
2  Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).
3          IT IS SO ORDERED.
4  Dated:  September 30, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. CR                                                                                                         v. 7/10/2018