Elijah Dominguez
23902-511
PO Box 789
Ager MA 01431

FILED

DEC 29 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District
Court Northern California
Oakland

United States of America
Plaintiff
v

Elijah Dominguez

Case # 24-CR-00912-WBS

motion to dismiss

The Defendant files a motion to
dismiss on the grounds that statutory
code do not Apply to the defendant
See Flounoy v First national Bank of
Shevport and that fact in point in Law
See Boeins V Fly 238 NW 292, 1791 N.W. 705
707 that you applied Law incorrectly to the
defendant see Rodiguez v Ry Donahan dephi
of Labor 769 Si 2d 1344, 1398 (1980) that
this matter should be dismissed a fact point

that the legislative Laws do not apply to the Defendant see State ex re podd v yelle washington 404 1311lP.2d 122 165 and that It only Apply to government see rodigue v Ray downovan deptment of Labor 769 Sa 2d 1344, 1348 and self v ray 61 wa 2d 261 that this matter should be dismissed and grant the Defendant to be released immedintly upon DisMISSAL

I swear that all is true and correct to the best ok my knowledge under penalty ok perjury

Elijah Dominguez
Nov 31sd 2025

Case Law Supporting

Flounoy v First national bank
of shevport

Koeing v Fly 238 N.W. 292 179 N.E 205
707

Ward v State 176 OW 365 56 p 2d 136
137

State v ex rel. podd v yell wash 40 483
11 p. 2d 122 165

Rodiguez v Ray Donnovan Deptarment
of labor 769 s. 2d 1344, 7348

Self v Ray 61 wn 2d 261

Eloisa Dominguez
23902-511
PO Box 789
Ayer MA 01434

LEGAL MAIL

BOSTON MA  020

20 DEC 2025  PM 8  L

United States District
court oakland
1301 clay st suit 400s
Oakland, CA 94612